United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-13027-ref
Vanessa L Bellino                                                               Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith              Page 1 of 1              Date Rcvd: Jul 28, 2017
                            Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2017.
db            +Vanessa L Bellino,    4318 Sylvan Drive,    Reading, PA 19606-3557
cr            +Nissan-Infiniti LT,    c/o Stewart, Zlimen & Jungers, Ltd,    2277 Highway 36 West, Suite 100,
                Roseville, MN 55113-3896
cr            +Orion (VERIZON),    c/o PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
      JOHN A. DIGIAMBERARDINO    on behalf of Debtor Vanessa L Bellino jad@cdllawoffice.com,
                dmk@cdllawoffice.com,reb@cdllawoffice.com
      LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    Fifth Third Bank tpuleo@kmllawgroup.com,
                bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                    TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Vanessa L Bellino<br>_Debtor(s)_ | CHAPTER 7 |
| Fifth Third Bank<br>_Movant_<br>vs. | NO. 17-13027 REF |
| Vanessa L Bellino<br>_Debtor(s)_ | |
| Lynn E. Feldman<br>_Trustee_ | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Fifth Third Bank, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2010 NISSAN ALTIMA, VIN: 1N4AL2EP5AC161298  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Date: July 28, 2017**

_____
United States Bankruptcy Judge.