United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-13027-ref
Vanessa L Bellino                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin          Page 1 of 2          Date Rcvd: Aug 11, 2017
                              Form ID: 318         Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
db          +Vanessa L Bellino,    4318 Sylvan Drive,    Reading, PA 19606-3557
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13909669    +Dept Of Education,    525 Central Park Dr Ste,    Oklahoma City, OK 73105-1723
13909670    +Diversified Adjustment Service Inc.,    P.O. Box 32145,    Minneapolis, MN 55432-0145
13909672     Exeter Township,    P.O. Box 6188,    Hermitage, PA 16148-0922
13909673    +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
13939935    +Fifth Third Bank,    c/o Matteo S. Weiner, Esq.,    701 Market Street, Ste 5000,
             Philadephia, PA 19106-1541
13909676    +MB Financial Bank,    2251 Rombach Ave,    Wilmington, OH 45177-1995
13909677    +Midland Funding,    2365 Northside Drive Suite 30,    San Diego, CA 92108-2709
13909678    +Nissan 422 of Limerick,    55 Autopark Blvd.,    Royersford, PA 19468-4264
13910350    +Orion (Verizon),    c/o PRA Receivables Management, LLC,    PO Box 41021,
             Norfolk, VA 23541-1021
13909679     Pay Pal Credit,    P.O. Box 105658,    Atlanta, GA 30348-5658
13909685    +Trident Asset Management,    53 Perimeter Ctr E Suite 4,    Atlanta, GA 30346-2287
13909686    +TruGreen Processing Center,    P.O. Box 9001128,    Louisville, KY 40290-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QLEFELDMAN.COM Aug 12 2017 01:28:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
             221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg         +E-mail/Text: robertsl2@dnb.com Aug 12 2017 01:34:45      Dun & Bradstreet, INC,
             3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 12 2017 01:34:28
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 12 2017 01:34:51      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13909666    +E-mail/Text: pprice@arbrecovery.com Aug 12 2017 01:34:44      Arcadia Recovery Bureau,
             645 Penn Street,    Reading, PA 19601-3543
13909667     EDI: CAPITALONE.COM Aug 12 2017 01:28:00      Capital One,    15000 Capital One Drive,
             Richmond, VA 23238
13909668    +E-mail/Text: bankruptcy@cavps.com Aug 12 2017 01:34:47      Cavalry Portfolio Servicing,
             P.O. Box 27288,    Tempe, AZ 85285-7288
13909674    +E-mail/Text: lsteiner@genisyscu.org Aug 12 2017 01:35:20      Genisys Credit Union,
             2100 Executive Hills Blvd.,    Auburn Hills, MI 48326-2947
13909675    +EDI: CBSKOHLS.COM Aug 12 2017 01:28:00      Kohls/Capital One,    N56 W 17000 Ridgewood Drive,
             Menomonee Falls, WI 53051-5660
13909680    +E-mail/Text: recovery@paypal.com Aug 12 2017 01:34:01      Pay Pal Inc.,    P.O. Box 45950,
             Omaha, NE 68145-0950
13909682     EDI: WFNNB.COM Aug 12 2017 01:28:00      Pottery Barn,    P.O. Box 659705,
             San Antonio, TX 78265-9705
13909683    +E-mail/Text: bankruptcydepartment@tsico.com Aug 12 2017 01:35:18      Transworld Systems Inc.,
             507 Prudential Rd.,    Horsham, PA 19044-2308
13909684    +E-mail/Text: bankruptcydepartment@tsico.com Aug 12 2017 01:35:18      Transworld Systems, Inc.,
             500 Virginia Dr.,    Suite 514,    Fort Washington, PA 19034-2707
13909671     EDI: USBANKARS.COM Aug 12 2017 01:28:00      Elan Financial Service,    P.O. Box 790084,
             Saint Louis, MO 63179
13909687     EDI: WFNNB.COM Aug 12 2017 01:28:00      Victoria's Secret (BK),    WFNNB Bankruptcy Department,
             PO Box 182125,    Columbus, OH 43218-2125
                                                                          TOTAL: 15


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13909681    ##+Portfolio Recovery Associates,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                          TOTALS: 0, * 0, ## 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: admin            Page 2 of 2           Date Rcvd: Aug 11, 2017
                              Form ID: 318            Total Noticed: 32
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Vanessa L Bellino jad@cdllawoffice.com,
           dmk@cdllawoffice.com,reb@cdllawoffice.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Fifth Third Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 5
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Vanessa L Bellino** | Social Security number or ITIN | **xxx–xx–4503** |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **17–13027–ref**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Vanessa L Bellino

8/10/17

**By the court:**   Richard E. Fehling
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---